# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Currie, Cameron McGowan | U. S. District Court, D.S.C. | 04/19/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. District Judge - Senior Status | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

901 Richland Street
Columbia, South Carolina 29201

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust 2 |
| 2. | Trustee | Trust 4 |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Currie, Cameron McGowan | 04/19/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑  NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑  NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑  NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Currie, Cameron McGowan | 04/19/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Condo - Columbia, SC (1/2 interest) | C | Rent | J | R | | | | | See Note VIII |
| 2. Bank of America Account | A | Interest | J | T | | | | | |
| 3. IRA Account - Lines 4 - 14 are all American Funds | | | | | | | | | |
| 4. --Amcap Fd CL A | | None | K | T | | | | | |
| 5. --American Balanced FD CL A | A | Dividend | K | T | | | | | |
| 6. --Capital Inc Bldg FD CL A | B | Dividend | K | T | | | | | |
| 7. --Capital World Growth and Inc FD CL A | A | Dividend | K | T | | | | | |
| 8. --Fundamental Investors FD CL A | A | Dividend | K | T | | | | | |
| 9. --Growth Fund of America CL A | A | Dividend | K | T | | | | | |
| 10. --Income FD of America CL A | B | Dividend | K | T | | | | | |
| 11. --Washington Mutual Investors FD CL A | A | Dividend | K | T | | | | | |
| 12. --Europacific Growth FD CL A | A | Dividend | K | T | | | | | |
| 13. --New Perspective Fund CL A | A | Dividend | K | T | | | | | |
| 14. --Oppenheimer Steelpath Alpha Fund CL C | B | Dividend | K | T | | | | | |
| 15. --Stephens Inc Money Market Acct | A | Interest | J | T | | | | | See Note VIII |
| 16. Trust 4 - Lines 17 - 62 are all assets of this Trust | | | | | | | | | See Note VIII |
| 17. --Royal Bank of Canada | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Currie, Cameron McGowan | 04/19/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --Amcap Fund CL A - American Fund | | None | L | T | | | | | |
| 19. --American Balanced FD CL A - American Fund | A | Dividend | L | T | | | | | |
| 20. --Capital Income Bldrs FD CL A - American Fund | B | Dividend | L | T | | | | | |
| 21. --Capital World Growth and Income FD CL A - American Fund | B | Dividend | L | T | | | | | |
| 22. --Fundamental Investors FD - American Fund | A | Dividend | L | T | | | | | |
| 23. --Growth Fund of America CL A - American Fund | A | Dividend | L | T | | | | | |
| 24. --Income Fund of America CL A - American Fund | B | Dividend | L | T | Buy (add'l) | 12/20/16 | L | C | |
| 25. --Lot # 1, Haywood Co., NC | | None | L | S | | | | | See Note VIII |
| 26. --Lot # 2, Haywood Co., NC | | None | M | S | | | | | See Note VIII |
| 27. --Europacific Growth Fund CL A - American Fumd | A | Dividend | K | T | | | | | |
| 28. --Orangeburg Cnty SC Cons School Dist Five Municipal Bonds | A | Interest | K | T | | | | | |
| 29. --South Carolina Trans Infrastructure (...PEI) | A | Interest | | | Matured | 10/03/16 | J | | |
| 30. --Greenwood Fifty Sch Fac Inc SC Instl Pur Rev Corp/Muni Bond | A | Interest | K | T | | | | | |
| 31. --American Mutual Fund CL A - American Fund | B | Dividend | M | T | | | | | |
| 32. --Greenville Cnty SC SH Dist | A | Interest | | | Matured | 12/01/16 | J | | |
| 33. --Greenwood SC Combined Pub Utility | B | Interest | K | T | | | | | |
| 34. --Stephens Inc Money Market Acct | A | Interest | K | T | | | | | See Note VIII |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Currie, Cameron McGowan | 04/19/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --SC State Pub Svc Auth Rev Ref Santee Cooper Ser B | A | Interest | K | T | | | | | |
| 36. --Spartanburg SC WTRWKS | A | Interest | K | T | | | | | |
| 37. --SC St Jobs-Econ Dev Auth Hosp Rev RFDG-Georgetown Auth | A | Interest | J | T | | | | | |
| 38. --South Catolina St Jobs Econ Dev Auth Hosp Rev Georgetown Hosp - B | A | Interest | K | T | | | | | |
| 39. --South Carilina Transp Infrastruc Bk Rev Ser A | A | Interest | | | Matured | 10/03/16 | K | | |
| 40. --Oppenheimer Steelpath Alpha Fund Class C | B | Dividend | K | T | | | | | |
| 41. --Spartanburg Co Reg Health Svces Distr Inc Hosp Rev Rfdg -Series A | A | Interest | K | T | | | | | |
| 42. --So Carolina St Transport Infrastruc Bank Rev Rfdg-Ser B | A | Interest | J | T | | | | | |
| 43. --So Carolina St Public Svc Auth Rev Obligs Ser A | C | Interest | L | T | | | | | |
| 44. --Alliance Bernstein High Inc Municipal Fund Class A | A | Dividend | J | T | | | | | |
| 45. --Greenvill Co So Carolina Tourism Pub Facs Corp Hospitality Tax | A | Interest | J | T | | | | | |
| 46. --Greenwood Fifty Sch Facs Inc | B | Interest | K | T | | | | | |
| 47. --Charleston SC SPL Source Revenue | B | Interest | K | T | | | | | |
| 48. --Beaufort Jasper SC Wtr & Swr Auth & Ser Sys Rev | A | Interest | | | Matured | 02/17/16 | K | | |
| 49. --Clg of Charleston SC Academic & Admin Facs | B | Interest | L | T | | | | | |
| 50. --College Charleston SC Higher Ed Fac | A | Interest | K | T | | | | | |
| 51. --SC Carolina ST Jobs-Econ Dev Auth Econ Dev | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Currie, Cameron McGowan | 04/19/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --Charleston SC Pub Facs Corp Installment Purchase Rev Ser A | A | Interest | K | T | | | | | |
| 53. --Summerville SC Limited Oblig Ser A Revenue Bonds | A | Interest | K | T | | | | | |
| 54. --Clemson SC Univ Revenues Athletic Facs-Ser B | A | Interest | K | T | | | | | |
| 55. --Florence Cnty SC Accomodations Fee Revenue Bonds | A | Interest | K | T | | | | | |
| 56. --So Carolina St Pub Sve Auth Rfdg Ser A Rev Bonds | B | Interest | K | T | | | | | |
| 57. --Beaufort-Jasper SC Wtr & Swr Auth Wtrwks & Swr Sys Rev Ref & Impt | A | Interest | J | T | Buy | 02/17/16 | J | | |
| 58. --Beaufort-Jasper SC Wtr & Swr Auth Wtrwks & Swr Sys Rev Ref & Impt | B | Interest | K | T | Buy | 02/17/16 | K | | |
| 59. --Brookland Cayce SC Sch Dist #2 General Obligation Unltd | A | Interest | K | T | Buy | 09/27/16 | K | | |
| 60. --Florence SC Spl Oblig Ref-DwnTwn Redev Project\|Area-Ser B \|Tax Allo | A | Interest | K | T | Buy | 11/01/16 | K | | |
| 61. --So Carolina St Transprtn Infrastruc Bank Rev-Ser A | A | Interest | K | T | Buy | 08/04/16 | K | | |
| 62. --So Carolina St Jobs-Econ Dev Auth Econ Dev Rev Ref-Wofford Clg-Rev | A | Interest | K | T | Buy | 07/06/16 | K | | |
| 63. Trust # 2 | | | J | | | | | | See Note VIII |
| 64. --Bank of America Account | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Currie, Cameron McGowan** | 04/19/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII. A. 1. Condominium purchased on December 10, 1992, for $25,000. I purchased 1/2 interest.

VII. A. 15. This account is used for the temporary deposit of interest, dividends and proceeds from the sale of stocks and bonds and for the purchase of new or additional stocks and bonds in my retirement assets account.

VII. A 16. This trust was created 1/9/15 in my name. It is a revocable trust and I am Trustee. The assets listed in lines 17 - 62 are in the Trust.

VII. A.25. Lot #1, originally purchased in 2003 for purpose of building a vacation home. I decided to sell this lot in 2005 and it is now being held for investment pending sale. Appraisal value issued 3/29/11 is $53,500.

VII. A. 26. Lot #2, purchased in 2005 and held for investment. Appraisal value issued on 3/29/11 is $128,300.

VII. A. 34. This account is used for the temporary deposit of interest, dividends and proceeds from the sale of stocks and bonds and for the purchase of new or additional stocks and bonds in Trust 4.

VII. A. 63. This Trust Account is a checking account in my name as Trustee of the Special Needs Trust for ▮▮▮▮▮▮▮. All amoounts paid out are for the support of the beneficiary of that Trust, my disabled brother.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Cameron McGowan Currie**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544